**754**

265 So.2d 885

Howard TURNER

v.

STATE.

4 Div. 106.

Court of Criminal Appeals of Alabama.

Aug. 1, 1972.

After remandment by Supreme Court, 289 Ala. 97, 265 So.2d 883, affirmed without opinion.

263 So.2d 177

Randall Wayne WALCOTT, alias

v.

STATE of Alabama.

6 Div. 286.

Court of Criminal Appeals of Alabama.

Nov. 2, 1971.

Rehearing Denied Nov. 30, 1971.

Jere Campbell, Tuscaloosa, for appellant.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

Randall Wayne Walcott, alias, on a plea of guilty was convicted of the offense of burglary in the second degree by the Circuit Court of Tuscaloosa County, Nicol, J., and he appealed.

Remanded for compliance with Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (Without opinion), Price, P. J.

266 So.2d 637

John WILBANKS

v.

STATE.

5 Div. 1.

Court of Criminal Appeals of Alabama.

Aug. 15, 1972.

After remandment by the Supreme Court of Alabama, 266 So.2d 632.

Affirmed, without opinion.